[No. 20825-7-III.   Division Three.   April 29, 2003.]

PAULA LOCKWOOD, *Respondent*, v. THOMAS WALKER, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Benton County, No. 97-2-01782-1, Carolyn A. Brown, J., and Joseph R. Schneider, J. Pro Tem., entered March 22 and December 27, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20862-1-III.   Division Three.   April 29, 2003.]

DON REILLY, ET AL., *Appellants*, v. ROSALIE BRUNNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-00283-4, Michael E. Donohue, J., entered January 8, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 21170-3-III.   Division Three.   April 29, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. DEREK BRIAN TRESCH, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 01-1-00008-1, Brian Altman, J. Pro Tem., entered May 3, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.